1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10 RIGHTHAVEN LLC,

11        Plaintiff,                              Case No. 2:10-CV-02016-KJD-LRL

12 v.                                             **ORDER**

13 FAN SITES NETWORK, *et al.*,

14        Defendants.

15

16        Presently before the Court is Plaintiff's Motion to Extend Time (#7).  Counsel for Plaintiff

17 asserts that the parties have agreed to the extension.  Therefore, in accordance with Local Rule 7-2(d)

18 and good cause being found, Plaintiff's Motion is granted.  Defendants' answer shall be due no later

19 than January 14, 2011.

20 **IT IS SO ORDERED.**

21        DATED this 6th day of January 2011.

22

23

24        _____

25        Kent J. Dawson
          United States District Judge

26